UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA ANN DESHAZIER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　Defendant.<br>　　　　　　　　　　　　　　　　／ | CASE NO. 1:13-CV-00954-SMS<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED<br>*IN FORMA PAUPERIS*<br><br>(Doc. 4) |

　　　By a motion filed June 21, 2013, Plaintiff Patricia Ann Deshazier seeks to proceed *in forma pauperis*. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

　　　Accordingly, the Court GRANTS Plaintiffs' motion to proceed *in forma pauperis*. The Clerk of Court is directed to issue new case documents and the summons. Plaintiff's attorney is directed to serve Defendant.

DATED: 6/24/2013　　　　　　　　　　　/s/ SANDRA M. SNYDER
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE