UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA ANN DESHAZIER, | CASE NO. 1:13-CV-00954-SMS |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED |
| v. | *IN FORMA PAUPERIS* |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | (Doc. 4) |
| Defendant. | |

By a motion filed June 21, 2013, Plaintiff Patricia Ann Deshazier seeks to proceed *in forma pauperis*. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

Accordingly, the Court GRANTS Plaintiffs' motion to proceed *in forma pauperis*. The Clerk of Court is directed to issue new case documents and the summons. Plaintiff's attorney is directed to serve Defendant.

DATED: 6/24/2013          /s/ SANDRA M. SNYDER
                          UNITED STATES MAGISTRATE JUDGE

1